Judgment in a Civil Case

## United States District Court
## WESTERN DISTRICT OF NEW YORK

Joseph McIntyre and Anne McIntyre

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 15-CV-6277

v.

Corning Incorporated, et al.,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is closed.

Date: May 17, 2019

MARY C. LOEWENGUTH
CLERK OF COURT

By: Barbara Keenan
     Deputy Clerk